**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT LEWIS BURSHIA JR.,<br><br>Defendant. | CR-13-93-GF-BMM-JTJ<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on July 22, 2026. (Doc. 72.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on July 7, 2026. (Doc. 74.) The United States accused Robert Burshia (Burshia) of violating the conditions of his supervised release by: (1) being convicted in the Montana Eighth Judicial District Court, Cascade County Montana of the felony offense of Assault with a Weapon, in violation of Mont. Code Ann. § 45-5-213(1)(a). (Docs. 59 and 66.)

At the revocation hearings Burshia admitted that he had violated the condition of supervised release as set forth in the Amended Petition. (Doc. 74.) Burshia was advised of his right to appeal and allocute before the undersigned. (*Id.*)

Judge Johnston recommended that Burshia be sentenced to custody for 12 months and one day on Counts 1- IV, with the terms to run concurrently, and with this sentence to run consecutive to the sentence imposed by the Montana Eighth Judicial District Court in Cause No. CDC-25-058, and with no term of supervised release to follow. (Doc. 72.)

The violation Burshia admitted proves serious and warrants revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 72) are **ADOPTED IN FULL. IT IS FURTHER**

**ORDERED** that Robert Lewis Burshia be sentenced for a term of custody for 12 months and one day on Counts 1- IV, with the terms to run concurrently, and with this sentence to run consecutive to the sentence imposed by the Montana Eighth Judicial District Court in Cause No. CDC-25-058, and with no term of supervised release to follow.

DATED this 1st day of September 2026.

Brian Morris, Chief District Judge
United States District Courts